JS-6

PETER S. DICKINSON (SBN 139495)
pdickinson@BushGottlieb.com
MELVIN YEE (SBN 241569)
myee@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Plaintiffs Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PECK, LLC, a California corporation.,<br><br>          Defendant. | **CASE NO.  CV 12-1312-GW(PJWx)**<br><br>**JUDGMENT** |

Based on the Stipulation for Entry of Judgment by Plaintiff Directors of the Motion Picture Industry Pension, Plaintiff Directors of the Motion Picture Industry Health Plan and Defendant, Peck, LLC, and for good cause shown,

IT IS THEREFORE ORDERED that:

Judgment is entered herein against Peck, LLC in the amount of $145,602.89.

Dated:  August 28, 2012

*[signature]*

Hon. George H. Wu
Judge, United States District Court

284788.1 11011-21015

**CASE NO.  2:12 -CV-01312**

PROPOSED JUDGMENT